**Darrell L. ANGLE, D.D.S., Appellant**

v.

**MISSOURI DENTAL BOARD,**
**Respondent.**

**No. WD 50655.**

Missouri Court of Appeals,
Western District.

Dec. 12, 1995.

James W. Riner, Jefferson City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Edward R. Ardini, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

**ORDER**

PER CURIAM:

Darrell L. Angle, D.D.S., appeals a decision of the circuit court affirming a decision of the Administrative Hearing Commission that cause existed for the Missouri Dental Board to discipline the license of Dr. Angle. Angle's license was suspended for six months, and he was placed on probation for five years following the suspension for incompetent performance of dental services.

The judgment is affirmed. Rule 84.16(b).